JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ZHICHAO XIE,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER et al.,

Defendants.

Case No. 5:26-cv-05638-SB-DSR

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that Plaintiff Zhichao Xie's petition for a writ of habeas corpus is denied without prejudice.

This is a final judgment.

Date: October 13, 2026

Stanley Blumenfeld, Jr.
United States District Judge